# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 12, 2023

In re:
    Margaret Valentin
    Debtor*

Case Number: 23−20419
Chapter: 7

### DEFICIENCY NOTICE REGARDING OBJECTION TO CLAIM PROCEDURE

Debtor has filed an Objection to Claim, ECF No. 29, not in compliance with this Court's Objection to Claim Procedure, for the reason(s) indicated below:

☒ Local Form 420B Notice of Objection to Claim not used.

☐ Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004).

☐ Deficient Response Deadline. (Date must be at least 30 days after the date the Objection to Claim is filed.)

Failure to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure within five (5) business days from the date of this notice will result in an order denying your objection to claim.

**NOTE: Moving parties without an attorney have an additional three days to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure.**

Dated: October 12, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 187 − ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.