Connecticut Local Form 420B (Notice of Objection to Claim)

03/2023

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re: Margaret Valentin

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No.: 23-20419

Chapter: 7

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
|---|---|
| 1 | Julissa Cortes |

Margaret Valentin has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

**[Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**November 15, 2023**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
450 Main Street, Hartford CT 06103

Connecticut Local Form 420B (Notice of Objection to Claim)

03/2023

In re: **Margaret Valentin**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No.: 23-20419

Chapter: 7

A copy of your response should also be mailed to:

Anthony S. Novak, Novak Law Office PC, 280 Adams Street Manchester CT 06042

(Objector and Objector's attorney, if applicable, name and address)

(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: October 16, 2023

Signature: /s/Anthony S. Novak

Name: Anthony S. Novak

Address: Novak Law Office PC, 280 Adams Street, Manchester CT 06042

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>MARGARET VALENTIN<br>    Debtor<br><br>MARGARET VALENTIN<br>    Movant<br><br>vs.<br><br>BONNIE MANGAN, TRUSTEE<br>    Respondent | Chapter 7<br>Case No. 23-20419(jjt) |

## AMENDED DEBTORS OBJECTION TO PROOF OF CLAIM NUMBER 1 FILED ON BEHALF OF JULISSA CORTES

Margaret Valentin ("The Debtor") hereby objects to claim number 1 filed on behalf of JULISSA CORTES in any amount in excess of $7500.00 and in support of said objection, represents as follows:

1. The Debtor filed her Chapter 7 bankruptcy petition on May 31, 2023. JULISSA CORTES was listed as a judgment creditor on Debtor's Chapter 7 schedules in the amount of $7500.00 and was notified of the Chapter 7 proceedings.

2. On September 28, 2023 a proof of claim in the Debtor's Chapter 7 case (Claim #1) was filed in the amount of $149,216.86 purportedly on behalf of Julissa Cortes by Pamela Heller, Staff Attorney for The Connecticut Fair Housing Center.

3. Said claim of $149,216.86 filed on behalf of Julissa Cortes has no basis in fact other than $7500.00.

4. To the best of Debtor's knowledge and belief, Julissa Cortes personally did not incur nor pay any legal fees in regard to the proceeding entitled Connecticut Commission on Human Rights and Opportunities vs Margaret Valentin, Docket No: HFH-CV18-6008324-S which gave rise to the $7500.00 judgment award to Ms. Cortes.

Consequently, Julissa Cortes's creditor claim against the Bankruptcy Estate should be limited to the $7500.00 judgment awarded to her by the Superior Court and not include unreasonable large legal fees and costs never borne or paid for by Julissa Cortes.

5. Any legal fees generated in said Superior Court case on behalf of Julissa Cortes were pro bono and/or provided by a non-profit entity on behalf of Ms. Cortes and resulted in no legal fees or expenses paid by Ms. Cortes for these services.

WHEREFORE, the Debtor respectfully request that the Court disallow Claim #1 filed by JULISSA CORTES in her Chapter 7 proceeding in any amounts in excess of $7500.00

RESPECTFULLY SUBMITTED
MARGARET VALENTIN
CHAPTER 7 DEBTOR


By /s/ *Anthony S. Novak*
Anthony S. Novak
Fed. Bar #ct09074
Novak Law Office P.C.
280 Adams Street
Manchester, CT 06042-1975
Tel: 860-432-7710
Email: anthonysnovak@aol.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>MARGARET VALENTIN<br>　　Debtor<br><br>MARGARET VALENTIN<br>　　Movant<br><br>vs.<br><br>BONNIE MANGAN, TRUSTEE<br>　　Respondent | Chapter 7<br>Case No. 23-20419(jjt) |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 1

Upon the Debtor's Objection to Claim No. 1 filed on behalf of JULISSA COTES having been heard by the Court, and good cause having been shown, it is hereby

ORDERED that Claim No. 1 filed on behalf of JULISSA COTES is hereby disallowed in all amounts in excess of $7500.00.

- 3 -

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>MARGARET VALENTIN<br>Debtor<br><br>MARGARET VALENTIN<br>Movant<br><br>vs.<br><br>BONNIE MANGAN, TRUSTEE<br>Respondent | Chapter 7<br>Case No. 23-20419(jjt) |

**AMENDED CERTIFICATION OF SERVICE**

  I hereby certify that a copy of the **Notice of Objection to Claim, Debtor's Objection to Claim No. and Proposed Order** were served via Notice of Electronic Filing for parties or counsel who are registered filers and via first class mail, postage prepaid to all other parties as follows this 16th day of October 2023 to the following:

Office of the U.S. Trustee-via ECF

Bonnie Mangan Esq. - via ECF
(Trustee)

**By Mail:**

Margaret Valentin
P.O. Box 231673
Hartford CT 06123

- 4 -

Pamela Heller
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford CT 06106

        ANTHONY S. NOVAK

By */s/ Anthony S. Novak*
    Anthony S. Novak
    Fed. Bar #ct09074
    280 Adams Street
    Manchester, CT 06042
    Tel: 860-432-7710
    Email: anthonysnovak@aol.com